IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| KRIS CHILDS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:18-cv-00017-C |
| | § | |
| EXPRESS PARCEL SERVICE, LLC | § | |
| and RUSTY FUQUA, | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL

COME NOW, Plaintiff Kris Childs, and Defendants Express Parcel Service, LLC and Rusty Fuqua, (collectively, "the Parties"). The Parties hereby stipulate to the dismissal of all claims and causes of action that have been asserted in this cause. All parties to this motion are represented by the below counsel who have agreed to this stipulation as required by FRCP 41. The Parties agree to bear their own costs and fees related to this action.

Respectfully submitted,

*/s/ Kerry O'Brien*

Kerry V. O'Brien
Texas Bar No. 24038469
Board Certified in Labor & Employment Law by the TBLS



O'BRIEN LAW FIRM
TEXASEMPLOYEES.COM

1011 Westlake Drive
Austin, Texas 78746
email: ko@obrienlawpc.com
phone: (512) 410-1960

fax: (512) 410-6171

**COUNSEL FOR PLAINTIFF KRIS CHILDS**

AGREED:

_____
Randal Moore
Texas Bar No. 24085482
Counsel for Defendants